```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 37630
   THOMAS NICHOLS
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-5214


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
       The case was filed on 10/08/2004 and was confirmed 12/23/2004.

       The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  10.00%.

       The case was dismissed after confirmation 08/02/2007.
----------------------------------------------------------------------
   CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
   -------------------------------------------------------------------------------
   FORD MOTOR CREDIT         SECURED           15916.74       1827.60       8666.09
   FORD MOTOR CREDIT         UNSECURED        NOT FILED          .00           .00
   AMERICASH LOANS LLC       UNSECURED          327.62           .00           .00
   AMERICASH LOANS LLC       UNSECURED          922.03           .00           .00
   ARCHER BANK               UNSECURED        NOT FILED          .00           .00
   CAPITAL ONE BANK          UNSECURED        NOT FILED          .00           .00
   CHARTER ONE BANK          UNSECURED        NOT FILED          .00           .00
   CHARTER ONE BANK          NOTICE ONLY      NOT FILED          .00           .00
   CITY OF CHICAGO PARKING   UNSECURED          240.00           .00           .00
   ILLINOIS DEPT OF EMPLOYM  UNSECURED         3786.78           .00           .00
   FAST CASH ADVANCE         UNSECURED        NOT FILED          .00           .00
   FIRST NATIONAL CREDIT CA  UNSECURED        NOT FILED          .00           .00
   FIRST NATIONAL CREDIT CA  NOTICE ONLY      NOT FILED          .00           .00
   FIRST NATIONAL CREDIT CA  NOTICE ONLY      NOT FILED          .00           .00
   ROYAL LEGACY VISA         UNSECURED        NOT FILED          .00           .00
   ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       1,805.20                      1,805.20
   TOM VAUGHN                TRUSTEE                                           658.01
   DEBTOR REFUND             REFUND                                              .00

       Summary of Receipts and Disbursements:
   -------------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
   -------------------------------------------------------------------------------
   TRUSTEE                  12,956.90

   PRIORITY                                             .00
   SECURED                                         8,666.09
      INTEREST                                     1,827.60
   UNSECURED                                            .00
   ADMINISTRATIVE                                  1,805.20
   TRUSTEE COMPENSATION                              658.01
   DEBTOR REFUND                                        .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 04 B 37630 THOMAS NICHOLS
```

```
                              ---------------       ---------------
TOTALS                            12,956.90             12,956.90
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                              /s/ Tom Vaughn
Dated: 12/05/07               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```